UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:15-cr-134-FtM-38CM

JOSEPH ALAN MILKEY
_____

## PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order of forfeiture for the following property:

a. A Taurus, Model PT24/7 G2 C, .40 caliber pistol, Serial Number: SHR43360, and

b. 8 rounds of CCI .40 caliber ammunition.

Being fully advised in relevant facts, the Court finds as follows:

WHEREAS, the defendant has been found guilty of being a convicted felon in possession of the firearm and ammunition described above, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as charged in Count One of the Indictment; and

WHEREAS, the United States has established the required nexus between the defendant's crime of conviction and the property identified above, the government is now entitled to possession of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED.** Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearm and ammunition identified above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the property.

**DONE AND ORDERED** in Fort Myers, Florida, on this 5th day of February, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record